UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDREA WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY BOARD OF SUPERVISORS, et al.,<br><br>  Defendants. | Case No. 22-cv-01347-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On April 11, 2022, the Court reviewed the complaint and dismissed it with leave to amend because it failed to identify any actions taken by the named defendants. ECF No. 7. The Court informed Plaintiff that the failure to file an amended complaint by May 9, 2022 would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's April 11, 2022 order of dismissal with leave to amend, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that remedies the identified deficiency and explains why Plaintiff failed to timely file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

**IT IS SO ORDERED.**

Dated: 6/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge